UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 09-10966-PBS

Dracut School Committee,
Plaintiff,

v.

Bureau of Special Education Appeals
of the Massachusetts Department of Elementary
and Secondary Education, et al,
Defendants.

## JUDGMENT

SARIS, D.J.

In accordance with the Court's allowance of the Plaintiff's Motion to Dismiss Count 1 of the counterclaim brought by the Plaintiffs in Counterclaim, the Parent and Student (Doc. #28), on September 9, 2009, it is ORDERED and ADJUDGED that judgment is hereby entered in favor of the Dracut School Committee and against the Plaintiffs in Counterclaim, the Parent and Student, as to Count 1 of the counterclaim.

By the Court,

 /s/ Robert C. Alba
Deputy Clerk

September 14, 2009

To: All Counsel