UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DRACUT SCHOOL COMMITTEE
    Plaintiff,

V.

BUREAU OF SPECIAL EDUCATION
APPEALS OF THE MASSACHUSETTS
DEPARTMENT OF ELEMENTARY AND
SECONDARY EDUCATION,
MASSACHUSETTS DEPARTMENT
OF ELEMENTARY AND SECONDARY
EDUCATION, P.A., and C.A.,
    Defendants.

CIVIL ACTION: 09-10966-PBS

## FINAL JUDGMENT

SARIS, U.S.D.J.                                                                                        September 3, 2010

    Pursuant to this Court's Memorandum and Order dated September 3, 2010 (Doc. #129), it is ORDERED and ADJUDGED that Plaintiff's Motion for Summary Judgment [Docket No. 83] is **ALLOWED IN PART**, and the individual defendants' Motion for Summary Judgment [Docket No. 77] is **ALLOWED IN PART**. The motions are otherwise **DENIED**. The order requiring Dracut to hire plaintiffs' experts is reversed. The Hearing Officer's order extending statutory eligibility is reversed, and the case is remanded for further proceedings consistent with this opinion.

                                      By the Court,

                                      /s/ Robert C. Alba
                                      Deputy Clerk