UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DRACUT SCHOOL COMMITTEE,

      Plaintiff,

v.

BUREAU OF SPECIAL EDUCATION
APPEALS OF THE MASSACHUSETTS
DEPARTMENT OF ELEMENTARY AND
SECONDARY EDUCATION,
MASSACHUSETTS DEPARTMENT OF
ELEMENTARY AND SECONDARY
EDUCATION, P.A. AND C.A.,

      Defendants.

And

JOHN DOE and JANE DOE,

      Plaintiffs,

v.

DRACUT PUBLIC SCHOOLS,

      Defendant.

Civil Action No. 1:09-cv-10966-PBS

Civil Action No. 1:09-cv-10561-PBS

## STIPULATION OF DISMISSAL

      Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), all parties hereby stipulate to the dismissal of all

claims in these actions, with prejudice and without costs, all parties waiving all rights of appeal.

DRACUT PUBLIC SCHOOLS and DRACUT
SCHOOL COMMITTEE,

By:    /s/ Amy M. Rogers
       Catherine L. Lyons
       BBO #652725
       Amy M. Rogers
       BBO #564721
       Lyons & Rogers, LLC
       600 Hingham Street
       Suite 204S
       Rockland, MA  02370
       (339) 788-9577


MASSACHUSETTS DEPARTMENT OF
ELEMENTARY AND SECONDARY
EDUCATION and BUREAU OF SPECIAL
EDUCATION APPEALS,

By:    /s/ Christine Baily
       Christine Baily, BBO No. 643759
       BBO #643759
       Government Bureau
       One Ashburton Place
       Boston, MA 02108-1698
       (617) 963-2617

JOHN DOE, et al. and P.A. and C.A.,

By:    /s/ Matthew Iverson
       Pamela J. Coveney
       BBO #102780
       Janine A. Solomon
       BBO #567964
       Disability Law Center
       11 Beacon Street, Suite 925
       Boston, MA  02108
       (617) 723-8455 (telephone)


       Daniel E. Rosenfeld (BBO #560226)
       Matthew J. Iverson (BBO #653880)
       DLA PIPER LLP (US)
       33 Arch Street, 26th Floor
       Boston, MA  02110-1447
       (617) 406-6000 (telephone)
       (617) 406-6100 (fax)


April 12, 2011

CERTIFICATE OF SERVICE

I, Matthew Iverson, hereby certify that a true copy of the
foregoing document filed through the ECF system will be sent
electronically to the registered participants as identified on the
Notice of Electronic Filing, and paper copies will be sent by
first-class mail to those indicated as non-registered participants
on April 8, 2011.

_____ /s/ Matthew Iverson _____